ORIGINAL

FILED
2010 FEB 17 AH: 41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STEVEN M. WEINBERG (SBN 235581)
COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265
Tel: (310) 457-6100
Fax: (310) 457-9555
Email: SMWeinberg@cdas.com

Attorneys for Plaintiff
Masterfile Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 10 6707 RS

MASTERFILE CORPORATION,

Plaintiff,

v.

TOLOMEI & ASSOCIATES and ANTHEA TOLOMEI,

Defendants.

Case No.

**COMPLAINT FOR DAMAGES, PROFITS, INJUNCTIVE AND OTHER EQUITABLE RELIEF FOR FEDERAL COPYRIGHT INFRINGEMENT AND REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION**

Plaintiff Masterfile Corporation ("Masterfile"), by its attorneys Cowan, DeBaets, Abrahams, & Sheppard LLP, as and for its Complaint against defendants Tolomei & Associates and Anthea Tolomei ("Defendants"), alleges as follows:

1

COMPLAINT FOR COPYRIGHT INFRINGEMENT

## INTRODUCTION

1. This is an action for copyright infringement arising out of Defendants' unauthorized reproduction and use of original copyright protected photographs owned and registered by Plaintiff Masterfile. Masterfile seeks injunctive and monetary relief for copyright infringement under the provisions of the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq.* and for violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201 *et. seq.*

## PARTIES

2. Plaintiff is a well known stock photography agency with offices at 3 Concorde Gate, Fourth Floor, Toronto, Canada. Plaintiff is in the business of licensing reproduction rights in photographs to users for a fee.

3. Upon information and belief, Defendant Tolomei & Associates is a California business entity engaged in fashion styling, personal fashion consultation and fashion education.

4. Upon information and belief, Defendant Anthea Tolomei is the principal and alter-ego of Defendant Tolomei & Associates and personally and intentionally directed and controlled the activities by Defendant Tolomei & Associates complained of herein.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this action pursuant to 17 U.S.C. § 501(b) and 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has personal jurisdiction over Defendants because Defendants maintain their principal place of business in the State of California and in this district and do and

and transact business in this judicial district. This Court also has personal jurisdiction over Defendant Anthea Tolomei because Defendant, upon information and belief, resides in this judicial district, and engaged in the acts complained of in this judicial district.

7. Venue is proper within this District pursuant to 28 U.S.C. §§ 1391 and 1400.

## FACTS

8. In or about October 2008, Plaintiff discovered that the Defendants were using five (5) copyrighted photographs owned by Plaintiff (the "Infringed Images") on Defendants' website www.tolomeiandassociates.com (the "Website").

9. Plaintiff has complied in all respects with Copyright Act of the United States of America and secured the exclusive right and privilege in and to the copyright in the Infringed Images by registering its claim of copyright in the Infringed Images and receiving certificates of registration from the Copyright Office under the following registration numbers:

| Plaintiff Image Identification Number | Copyright Registration Number | Registration Effective Date |
|---|---|---|
| 700-00023685 | VA 1-023-866 | July 17, 2000 |
| 700-00056092 | VA 1-090-598 | July 01, 2001 |
| 700-00060136 | VA 1-108-991 | September 24, 2001 |
| 700-00092911 | VA 1-166-519 | September 20, 2002 |
| 700-00160724 | VA 1-229-219 | August 27, 2003 |

A copy of each of the certificates of registration for these Infringed Images (without the Continuation Sheets), which were registered as individual images within compilations, are attached hereto as Exhibit "A."

3

COMPLAINT FOR COPYRIGHT INFRINGEMENT

10. Without Plaintiff's knowledge or consent, the Defendants reproduced each of these Infringed Images and displayed these unauthorized copies on the Website. Defendants are not, and have never been, licensed or otherwise authorized to use the Infringed Images.

11. Plaintiff notified Defendants that Defendants' unauthorized use of the Infringing Images constitutes copyright infringement and provided Defendants with an opportunity to rectify their infringing conduct, but Defendants refused to so rectify their conduct.

12. Defendants' conduct as aforesaid was willful.

## COUNT ONE

### (Copyright Infringement Under 17 U.S.C. § 101 *et seq.*)

13. Plaintiff incorporates by reference each and every allegation contained in paragraphs 1 through 12 above.

14. Defendants' actions as described above constitute infringement of Plaintiff's exclusive rights under its registered copyrights in violation of 17 U.S.C. §§ 106 and 501.

15. Plaintiff is entitled to recover damages, which include its actual losses and any and all profits Defendants have made as a result of its infringing conduct. 17 U.S.C. § 504.

16. Plaintiff is entitled to recover actual damages in no less than the amount of $144,450.00 or in lieu thereof, at Plaintiff's election, statutory damages in no less than the amount of $ 750,000.00, plus attorney's fees and costs.

## COUNT TWO
### (Intentional Removal of Copyright Management Information
### Under 17 U.S.C. § 1202(b))

17. Plaintiff incorporates by reference each and every allegation contained in paragraphs 1 through 16 above.

COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

18. Each of the Infringed Images copied contained embedded copyright management information protected under 17 U.S.C. § 1202(b).

19. Defendants intentionally removed the copyright management information with the intent to induce, enable, facilitate, or conceal an infringement of Plaintiff's rights under the Copyright Act.

20. Defendants' conduct as aforesaid is a violation of 17 U.S.C. § 1202(b).

21. By reason of said violation, Plaintiff is entitled to recover statutory damages under 17 U.S.C. § 1203(c) in the maximum amount of $2500 for each of the 5 circumventions, for a total of $12,500.00, plus costs and attorney's fees.

WHEREFORE, Plaintiff prays for the following relief against Defendants:

A. A judgment from this Court that Defendants (1) infringed Plaintiff's exclusive rights in the Infringed Images, and that this infringement was willful, and (2) wrongfully removed Plaintiff's copyright management information embedded in the Infringed Images, and that such removal was willful.

B. Permanent injunctive relief in the form of an order or orders requiring that Defendants, and their respective officers, directors, principals, representatives, agents, servants, employees, successors and assigns, and all persons acting in concert or participation with each or any of them, or for them, be preliminarily and permanently enjoined and restrained from:

    1. copying, reproducing or making any unauthorized use of the Infringed Images or any derivative thereof, in any form; and from

    2. importing, manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any simulation, reproduction, counterfeit, or copy of any of the Infringed Images or any derivative thereof, or causing and/or participating in such importation, manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any such items; and from

3. removing any copyright management information from any other of Plaintiff's images.

C. Preliminary and permanent injunctive relief in the form of an order or orders requiring that Defendants turn over for destruction all unauthorized copies of the Infringed Images and all derivatives thereof (including without limitation the Infringed Images) and any item or thing displaying such copies, electronic and physical, in its possession, custody or control;

D. An award for copyright infringement of actual damages in no less than the amount of $144,450.00 or in lieu thereof, at Plaintiff's election, statutory damages in no less than the amount of $ 750,000.00, plus attorney's fees and costs plus attorney's fees and costs;

E. An award of statutory damages for removal of copyright management information in the maximum amount of $2500.00 for each of the 5 intentional removals, for a total of $12,500.00, plus costs and attorney's fees; and

F. Such other and further relief as the Court may deem just and proper.

Dated: Malibu, California
February 15, 2010

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

By: _____
Steven M. Weinberg

Attorneys for Plaintiff
MASTERFILE CORPORATION

EXHIBIT "A" TO COMPLAINT

COMPLAINT FOR COPYRIGHT INFRINGEMENT



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
OFFICIAL SEAL

For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
RE:

**VA 1-023-866**

EFFECTIVE DATE OF REGISTRATION

July 17 2000
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1 TITLE OF THIS WORK ▼**
www.masterfile.com

**NATURE OF THIS WORK ▼** See instructions
Catalog of images displayed on Internet

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Masterfile Website

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼** | **Number ▼** | **Issue Date ▼** | **On Pages ▼**

---

**2 NAME OF AUTHOR ▼**
a Masterfile Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____ }

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
Compilation of photographs, illustrations and text

**NAME OF AUTHOR ▼**
b See 3 continuation sheets attached
*4

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____ }

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map              ☐ Technical drawing
☒ 2-Dimensional artwork     ☒ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

---

**3 Year in Which Creation of This Work Was**
a Completed  1999  Year In all cases.

**Date and Nation of First Publication of This Particular Work**
b Month July  Day 8  Year 1999
Canada & USA  Nation

---

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Copyright assigned contractually

APPLICATION RECEIVED
OCT 06 1999
ONE DEPOSIT RECEIVED
OCT 06 1999  July 17, 200
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 10 pages

Amended by C.O. By authority of phone call of 1/12/01 and facsimile transmission received on 8/24/00 from Kathy Burgess.

| EXAMINED BY | DW | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☒ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
Yes ☐ No ☐ If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

Note: Some images may have been previously published and registered

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published database

**6**
a

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation; new photos and new artwork

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Steve Pigeon
Masterfile Corporation
75 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada   M4W 3R8
Area code and daytime telephone number  (416)929-3000     Fax number  (416)929-9623
Email spigeon@masterfile.com

b

**CERTIFICATION** I, the undersigned, hereby certify that I am the
check only one
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Masterfile Corporation/per Steve Pigeon, President     Date October 6, 1999

Handwritten signature (X) ▼
X _____

| Certificate will be mailed in window envelope to this address: | Name ▼ Masterfile Corporation | |
|---|---|---|
| | Number/Street/Apt ▼ 175 Bloor Street East, South Tower, 2nd Floor | |
| | City/State/ZIP ▼ Toronto, Ontario, Canada   M4W 3R8 | |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form VA is $30.

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Printed on recycled paper     ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-090-598**

EFFECTIVE DATE OF REGISTRATION

**JUL 20 2001**
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Group Registration for Automated Database entitled www.masterfile.com

NATURE OF THIS WORK ▼ See instructions
Updates from May 16, 2001 to July 10, 2001

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

Representative publication date: July 10, 2001 (bi-monthly revisions)

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2** NAME OF AUTHOR ▼
**a** Masterfile Corporation

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

Revised compilation of photographs and 2-dimensional art

NAME OF AUTHOR ▼
**b** see 3 continuation sheets attached

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**3 a** Year in Which Creation of This Work Was Completed
**2001** Year   This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month **July**   Day **10**   Year **2001**
Canada & USA

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada M4W 3R8

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Copyright assigned contractually

APPLICATION RECEIVED
JUL 20 2001
ONE DEPOSIT RECEIVED
JUL 20 2001
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

See instructions before completing this space.

---

MORE ON BACK   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY JTS

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼  Year of Registration ▼
VA 1-023-872                     2000

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered database

**6**

a

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation updaed bi-monthly
New photographs and new 2-dimensional art

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathy Burgess, Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

b

Area code and daytime telephone number  (416) 929-3000          Fax number  (416) 929-9623
Email  kburgess@masterfile.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one {
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲
}

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Masterfile Corporation / Kathy Burgess, Corporate Secretary   Date  July 20, 2001

Handwritten signature (X) ▼

X  *[signature: K. Burgess]*

Certificate
will be
mailed in
window
envelope to
this
address:

Name ▼
Masterfile Corporation
Number/Street/Apt ▼
175 Bloor Street East, South Tower, Second Floor
City/State/ZIP ▼
Toronto, Ontario, Canada  M4W 3R8

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000                 ♻ PRINTED ON RECYCLED PAPER                 ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/7

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REC 
VA 1-108-991

EFFECTIVE DATE OF REGISTRATION

Sept 24 2001
Month / Day / Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Group Registration for Automated Database entitled www.masterfile.com

NATURE OF THIS WORK ▼ See Instructions
Updates from July 10, 2001 Sep. 17, 2001

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

Representative publication date: Sep. 17, 2001 (bi-monthly revisions)
If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
a  Masterfile Corporation

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work
Revised compilation of photographs and 2-dimensional art

NAME OF AUTHOR ▼
b  see 3 continuation sheets attached

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3**
a  Year in Which Creation of This Work Was Completed
2001
Year   In all cases.

b  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month Sep.  Day 17  Year 2001
Canada & USA   Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Masterfile Corporation
175 Bloor Street East, South Tower, Second Fl.
Toronto, Ontario, Canada M4W 3R8

APPLICATION RECEIVED
SEP 24 2001
ONE DEPOSIT RECEIVED
SEP 24 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Copyright assigned contractually

MORE ON BACK ► • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
             • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY UW  FORM VA

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR COPYRIGH OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ VA 1-091-284   Year of Registration ▼ 2001

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered database

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation updated bi-monthly
New photographs and new 2-dimensional art

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                        Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathy Burgess, Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

Area code and daytime telephone number  (416) 929-3000         Fax number  (416) 929-9623
Email   kburgess masterfile.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Masterfile Corporation / Kathy Burgess, Corporate Secretary   Date  Sep. 21, 2001

Handwritten signature (X) ▼
X K. Burgess

Certificate will be mailed in window envelope to this address:

Name ▼
Masterfile Corporation
Number/Street/Apt ▼
175 Bloor Street East, South Tower, Second Floor
City/State/ZIP ▼
Toronto, Ontario, Canada  M4W 3R8

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000                    ⓟ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879?

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

# FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-166-519**

EFFECTIVE DATE OF REGISTRATION

SEPT 20 2002
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

### 1
**TITLE OF THIS WORK ▼**
Group Registration for Automated Database entitled www.masterfile.com

**NATURE OF THIS WORK ▼** See instructions
Updates from July 19, 2002 to September 19, 2002

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative publication date: September 19, 2002 (bi-monthly revisions)
If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

### 2
**NAME OF AUTHOR ▼**
a   Masterfile Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
Revised compilation of photographs and 2-dimensional art

**NAME OF AUTHOR ▼**
b   See 3 continuation sheets attached

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

### 3
a  **Year in Which Creation of This Work Was Completed**
2002   Year   This information must be given in all cases.

b  **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month Sept.   Day 19   Year 2002
Canada & USA   Nation

---

### 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada M4W 3R8

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

copyright assigned contractually

APPLICATION RECEIVED
SEP 20 2002
ONE DEPOSIT RECEIVED
SEP 20 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY Vg

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼
VA 1-108-991    2001

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered database

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation updated bi-monthly
New photographs and new 2-dimensional art

**6**

a

b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathy Burgess, Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada   M4W 3R8

b

Area code and daytime telephone number   (416) 929-3000   Fax number   416) 929-9623
Email   kburgess@masterfile.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Masterfile Corporation / Kathy Burgess, Corporate Secretary    Date Sept. 19, 2002

Handwritten signature (X) ▼
X  K. Burgess

Certificate will be mailed in window envelope to this address:

Name ▼
Masterfile Corporation
Number/Street/Apt ▼
175 Bloor Street East, South Tower, Second Floor
City/State/ZIP ▼
Toronto, Ontario, Canada   M4W 3R8

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registratio.



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

R VA 1-229-219

EFFECTIVE DATE OF REGISTRATION

Aug 27 2003

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**
Title of This Work ▼
Group Registration for Automated Database entitled www.masterfile.com

Nature of This Work ▼
Updates from June 11, 2003 to August 11, 2003

Previous or Alternative Titles ▼

Publication as a Contribution...
Representative publication date, August 11, 2003 (bi-monthly revisions)

**2**
NAME OF AUTHOR ▼
a Masterfile Corporation

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
OR  Citizen of _____
    Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

Revised compilation of photographs and 2-dimensional art

Name of Author ▼
b See 6 continuation sheets attached

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
OR  Citizen of _____
    Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**
a Year in Which Creation of This Work Was Completed
2003

b Date and Nation of First Publication of This Particular Work
Month August  Day 11  Year 2003
Canada & USA

**4**
COPYRIGHT CLAIMANT(S)
Masterfile Corporation
175 Bloor Street East, South Tower, 2nd Floor
Toronto, Ontario, Canada M4W 3R8

APPLICATION RECEIVED
AUG 27 2003
ONE DEPOSIT RECEIVED
AUG 27 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

copyright assigned contractually

MORE ON BACK ▶

' Amended by C O on authority of email correspondence from Kathy Burgess on 2/25/04

EXAMINED BY  DW

CHECKED BY

☒ CORRESPONDENCE
  Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▼   Year of Registration ▼
VA 1-167-469       2003

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered database

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation and updated bi-monthly
New photographs and new 2-dimensional art

**6**
a
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                   Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathy Burgess, Masterfile Corporation
175 Bloor Street East, SouthTower, Second Floor
Toronto, Ontario, Canada   M4W 3R8

Area code and daytime telephone number  (416) 929-3000          Fax number  (416) 929-9623
Email  kburgess@masterfile.com

b

**CERTIFICATION** I, the undersigned, hereby certify that I am the
                                  ☐ author
                                  ☐ other copyright claimant
        check only one ▶         ☒ owner of exclusive right(s)
                                  ☐ authorized agent of _____
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Masterfile Corporation / Kathy Burgess, Corporate Secretary     date  August 11, 2003

Handwritten signature (X) ▼
X  K. Burgess

| Certificate will be mailed in window envelope to this address | Name ▼  Masterfile Corporation |
| | Number/Street/Apt ▼  175 Bloor Street East, SouthTower, Second Floor |
| | City/State/ZIP ▼  Toronto, Ontario, Canada  M4W 3R8 |

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev June 2002—20,000  Web Rev June 2002  ⊛ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021