*E-Filed 7/26/10*

STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERFILE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TOLOMEI & ASSOCIATES and ANTHEA TOLOMEI,<br><br>Defendants. | Case No. 3:10-cv-00670 RS<br><br>[PROPOSED] ORDER UNDER LOCAL RULE 6.3 |

IT IS HEREBY ORDERED that the Case Management Statement due 7/20/2010 will now be due 8/20/2010 and the date for the Case Management Conference now set for 7/29/2010 is now set for August  26 , 2010.

Dated: July  23,  2010

_____
U.S.D.J.

COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

1
ORDER